# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00276-CR
## NO. 03-01-00321-CR

**Yevette Heiser, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT
NO. 00-142-K26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING**

**PER CURIAM**

Appellant's motion to dismiss these appeals is granted. *See* Tex. R. App. P. 42.2(a).

The appeals are dismissed.

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Dismissed on Appellant's Motion

Filed:  June 14, 2001

Do Not Publish